# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| Darrell Benson | Case No. 1:13-cv-21863 |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Penn Credit Corporation, | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Jacoby & Meyers Bankruptcy, LLP

By: /s/ Adela D. Estopinan
    Adela D. Estopinan
    Bar # 25939
    3191 Coral Way, #115
    Miami, FL 33145
    Telephone: 866-339-1156
    Email:
    aestopinan@jacobymeyersbankruptcy.com
    Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2013, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

/s/ Adela D. Estopinan